IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID L. GREEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 05-5411 |
| v. | : | |
| | : | |
| GORDON R. ENGLAND, Secretary, | : | |
| Department of the Navy, | : | |
| Defendant. | : | |

**MEMORANDUM AND ORDER**

The plaintiff seeks appointment of counsel, but in light of his age (43), education (college), special skill (accounting), and the fact that the case is not a complex one, the motion (Docket No. 8) is DENIED.

Plaintiff is given an extension until February 28, 2006 to respond to defendant's motion to dismiss, or in the alternative, for summary judgment.

SO ORDERED this 13th day of February, 2006.

BY THE COURT:


*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.